**Order entered October 29, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00338-CV**

### IN THE INTEREST OF S.B., A CHILD

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-51319-2019**

### ORDER

Before the Court is appellee's October 28, 2020 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **November 20, 2020**. We caution appellee that further extension requests will be disfavored.

/s/     BILL WHITEHILL
        JUSTICE